IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-11842-HCM |
| LAVISTA PARTNERS, L.P. | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**MOTION FOR EXPEDITED CONSIDERATION OF TRUSTEE'S APPLICATION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

COMES NOW, C. Daniel Roberts, Trustee ("Trustee"), the chapter 7 trustee for the above-captioned and numbered bankruptcy case, and files this Motion for Expedited Consideration of Trustee's Application to Sell Property Free and Clear of Liens and Other Interests ("Motion to Expedite") and, in support thereof, would respectfully show the Court as follows:

1. LaVista Partners, L.P. ("Debtor") filed a chapter 11 case on July 2, 1010. The bankruptcy case was converted to a chapter 7 case on April 4, 2011, at which time the undersigned was appointed as the chapter 7 trustee.

2. Simultaneously herewith, Trustee has filed Trustee's Application to Sell Property Free and Clear of Liens and Other Interests ("Motion"). In the Motion, Trustee has requested authority to sell Litigation Claims therein described to Jimmy Nassour and/or his assigns for $20,000.00 plus 30% of any recovery from said claims, net of attorneys fees and expenses.

3. The Litigation Claims include claims currently being asserted before this Court in Adversary No. 10-1162, Mary Guerrero McDonald, Plaintiffs vs. H. M. Pike, Jr. et al, Defendants, and La Vista Partners, L. P., Intervener (the "Adversary"). There is currently a scheduling order entered in the Adversary which contains impending deadlines. Further, the Plaintiff in the litigation has filed a motion to dismiss the Intervenor's Complaint, and Intervenor's response is due shortly.

The Litigation Claims also include claims pertaining to pending state court litigation with ongoing discovery. Obviously, the sale of the Litigation Claims will significantly affect how the pending Adversary and state court litigation advances. Failure to grant expedited consideration of the Motion may affect the value of the Litigation Claims since litigation deadlines continue to run.

4. For the reasons stated above Trustee now asks for an expedited hearing on the Motion. Counsel for Defendants in the Adversary has authorized Trustee to represent to the Court that Defendants do not oppose expedited consideration of the Motion. Counsel for the Plaintiff has indicated that Plaintiff does oppose expedited consideration.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully prays that the Court enter an order granting this Motion to Expedite. Trustee also prays for such other and further relief to which he may show himself justly entitled, both general and special, legal and equitable.

Respectfully submitted,

C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712

By: */s/ C. Daniel Roberts*
C. Daniel Roberts
Texas Bar No.: 16999200
droberts@cdrlaw.net

ATTORNEYS FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on the 22nd day of July, 2011, a true and correct copy of the foregoing document was served upon the following parties and the parties on the attached service list via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

J. Mark Brewer
Sondra Jurica
Brewer & Pritchard, P.C.
3 Riverview, Suite 1800
Houston, Texas 77056
ATTORNEYS FOR MARY GUERRERO
MCDONALD

Donald R. Taylor
Isabelle M. Antongiorgi
Taylor Dunham and Burgess LLP
301 Congress Avenue, Suite 1050
Austin, Texas 78701
ATTORNEYS FOR H.M. PIKE, JR. AND
JIMMY NASSOUR

Jimmy Nassour
3839 Bee Cave Road, Suite 200
Austin, Texas 78746

Anthony P. Jach
Griffith Nixon Davison, P.C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 900
Dallas, Texas 75240
ATTORNEYS FOR PRECEPT
COMMERCIAL, L.L.C.

United States Trustee
903 San Jacinto, Suite 230
Austin, Texas 78701

| | | |
|---|---|---|
| AFCO<br>12160 Abrams Rd<br>Dallas, TX 75243-4547 | Armbrust Brown<br>100 Congress<br>Suite 1300<br>Austin, TX 78701-2744 | Asbestos Consulting<br>4411 Spicewood Springs Road<br>Austin, TX 78759-8681 |
| Austech Roof Consultants, Inc<br>2312 Wester Trails Blvd<br>Suite 403<br>Austin, TX 78745-1642 | Bank Direct<br>2 Conway Park<br>150 Norhfield Drive<br>Suite 190<br>Lake Forrest, IL 60045 | Bury Partners<br>221 West 6th<br>Suite 600<br>Austin, TX 78701-3411 |
| C&CTX Concrete Pumping, Inc.<br>P.O. Box 2071<br>Kyle, TX 78640-1804 | c/o Kathleen M. Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX 75201-3302 | Cananwill, Inc.<br>5447 East 5th Street<br>#110<br>Tuscon, AZ 85711-2344 |
| Capform, Inc.<br>1455 Halsey Way<br>Carrollton, TX 75007-4410 | Centex Materials<br>817 East St. Elmo Rd.<br>Austin, TX 78745-1229 | Centex Materials, LLC<br>3019 Alvin DeVane Blvd, Bldg 1, Ste 100<br>Austin TX 78741-7422 |
| Centex Sash and Door<br>2022 Centimeter Circle<br>Austin, TX 78758-4956 | Central Texas Refuse<br>9316 FM 812<br>Austin, TX 78719-3010 | Central Texas Reinforcement, Inc.<br>P.O. Box 150277<br>Austin, TX 78715-0277 |
| CIT Technology Financing Svcs<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | City of Austin Street Closure<br>P.O. Box 1088<br>Austin, TX 78767-1088 | City of Austin Utilities<br>P.O. Box 2267<br>Austin, TX 78783-0001 |
| CMC Capital City Steel<br>800 N. IH 35<br>Austin, TX 78701 | Comfort Systems USA<br>9601 Dessau Rd.<br>Bldg. 3, Suite 303<br>Austin, TX 78754-3961 | Commerce Street.com<br>2105 E. Division St.<br>Arlington, TX 76011-7817 |
| CTA Architects<br>3601 S. Congress Avenue<br>Building B, Suite 200<br>Austin, TX 78704-7250 | Datum Engineers<br>5929 Balcones Dr.<br>Suite 100<br>Austin, TX 78731-4280 | Documation<br>1556 International Dr.<br>Eau Claire, WI 54701-7058 |
| Eric J. Taube<br>Hohmann Taube & Summers, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Fondren Family<br>c/o Boone Almanza<br>Almanza, Blackburn & Dickie LLP<br>2301 S. Capitla of Texas Hwy., Bldg. H<br>Austin, TX 78746-7700 | Gene Fondren<br>c/o Molly Mitchell<br>Almanza Blackburn & Dickie<br>2301 S. Cap of TX Hwy, Bldg. H<br>Austin, TX 78746-7700 |
| Guerrero-McDonald & Associates, Inc<br>P.O. Box 160518<br>Austin, TX 78716-0518 | Harrison Pearson<br>4014 Medical Parkway<br>Suite 100<br>Austin, TX 78756-3703 | Holt Engineering<br>2220 Barton Skyway<br>Austin, TX 78704-4702 |

| | | |
|---|---|---|
| Icon Plumbing, Heating, and Air, Ltd.<br>4903 Commercail Park Drive<br>Austin, TX 78724-2638 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jimmy Nassour/Jim Mattox<br>3839 Bee Cave Road<br>Suite 200<br>Austin, TX 78746-6400 |
| KDR Electric Services, Inc<br>P.O.Box 82221<br>Austin, TX 78708-2221 | LaVista Partners, L.P.<br>2703 Swisher<br>Office Suite<br>Austin, TX 78705-3439 | LAZ Parking, Texas LLC<br>101 West 6th<br>Suite 515<br>Austin, TX 78701-2934 |
| Lewis Equipment Company, Inc.<br>c/o Davor Rukavina/Kate Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 N. Akard St.<br>Dallas, TX 75201-6659 | Lewis Equipment Company, Inc.<br>c/o Scott M. Seidel, Trustee<br>No. 357 - Suite 306<br>6505 West Park Blvd.<br>Plano, TX 75093-6208 | Lewis Equipment Company, L.P.<br>1400 West Shady Grove<br>Grand Prairie, TX 75050-7117 |
| Liquid Waste Solutions<br>11512 Via Grande Dr.<br>Austin, TX 78739-1922 | Mark Curtis Taylor<br>Hohmann, Taube & Summers, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Mary Guerrero-McDonald<br>PO Box 160518<br>Austin, TX 78716-0518 |
| Mechanical Technical Services, Inc. (MTECH)<br>c/o Calley D. Callahan<br>7600 N. Capital of Texas Hwy<br>Suite B-110<br>Austin, Texas 78731-1136 | Milestone Metals<br>113 West Lorino<br>Houston, TX 77037-1515 | Modspace<br>16200 Central Commerce Dr.<br>Pflugerville, TX 78660-2032 |
| Morales and Associates, Inc.<br>2705 Bee Cave Road<br>#230<br>Austin, TX 78746-5684 | Movecorp<br>9230 Neils Thompson Drive #102<br>Austin, TX 78758-7523 | N-Line Traffic Maintencance, LLC<br>PO Box 4750<br>Bryan, TX 77805-4750 |
| National Construction Rentals<br>116 Nell Deane<br>Schertz, TX 78154-1500 | Nelda Wells Spears, Tax Collector<br>P.O. Box 149328<br>Austin, TX 78714-9328 | Nline<br>9519 U.S. Hwy 290 East<br>Austin, TX 78724-2315 |
| Pat Laffey, CPA<br>603 Davis<br>#1503<br>Austin, TX 78701-4207 | Patriot Erectors, Inc.<br>c/o The Gardner Law Firm<br>Thomas J. Walthall<br>745 East Mulberry Avenue, Suite 500<br>San Antonio, Texas 78212-3154 | Patriot Erectors, Inc.<br>c/o Thomas J. Walthall, Jr.<br>The Gardner Law Firm P.C.<br>745 E. Mulberry, Suite 500<br>San Antonio, Texas 78212-3154 |
| Precept Builders, Inc.<br>1909 Woodall Rogers Freeway<br>Suite 300<br>Dallas, TX 75201-2255 | Precept Builders, Inc.<br>c/o Anthony P. Jach<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre, 5420 LBJ Frwy.,<br>Suite 900, Dallas, Texas 75240 | Precept Commercial, LLC<br>1909 Woodall Rogers Freeway<br>Suite 300<br>Dallas, TX 75201-2255 |
| Precept Commercial, LLC<br>c/o Anthony P. Jach<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre, 5420 LBJ Frwy,<br>Suite 900, Dallas, Texas 75240 | Recon Services<br>P.O. Box 869<br>Dripping Springs, TX 78620-0869 | Rock Island Rigging, Inc.<br>c/o Davor Rukavina/Kate Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 N. Akard St.<br>Dallas, TX 75201-6659 |

| | | |
|---|---|---|
| Rock Island Rigging, Inc.<br>c/o Scott M. Seidel, Chapter 7 Trustee<br>No. 357 - Suite 306<br>6505 West Park Blvd.<br>Plano, TX 75093-6208 | Rock Island Rigging, LLC<br>1400 West Shady Grove<br>Grand Prairie, TX 75050-7117 | Service Life & Casualty Company<br>c/o Molly Mitchell<br>Almanza, Blackburn & Dickie, LLP<br>2301 S. Capital of Texas Hwy., Bldg. H<br>Austin, Texas 78746-7700 |
| Service Life & Casualty Ins. Co.<br>c/o Hightower & Assoc.<br>3006 Bee Cave Rd<br>Pallisades Suite D-200<br>Austin, TX 78746-5588 | Service Life & Casualty Insurance Company<br>c/o Marvin E. Sprouse III<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, Texas 78701-4042 | Sneed Vine & Perry<br>901 Congress Avenue<br>Austin, TX 78701-2421 |
| Stuart Allan & Associates<br>5447 East 5th Street, Suite 110<br>Tucson, AZ  85711-2345 | The Sutton Company<br>2703 Swisher<br>Office Suite<br>Austin, TX 78705-3439 | Time Warner Cable<br>P.O.Box 66097<br>Dallas, TX 75266 |
| Tippen Fabrication and Erection, Inc<br>100 East Lawrence Street<br>Boyd, TX 76023-3034 | Travis County<br>c/o Karon Y. Wright<br>P.O. Box 1748<br>Austin, Texas 78767-1748 | Waterfilled Barriers, Inc.<br>P.O.Box 13<br>Paige, TX 78659-0013 |
| William Gammon Insurance<br>1615 Guadalupe Street<br>Austin, TX 78701-1299 | | |