**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-11842-HCM |
| LAVISTA PARTNERS, L.P. | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the motion to expedite consideration of Trustee's Application to Sell Property Free and Clear of Liens and Other Interests ("Application") has been granted. A hearing on the Application is set for **August 5, 2011, at 10:00 a.m.**, in the United States Bankruptcy Courthouse, Homer Thornberry Federal Judicial Building, Third Floor, Courtroom No. 2, 903 San Jacinto Blvd., Austin, Texas 78701.

Respectfully submitted,

_/s/ C. Daniel Roberts_
C. Daniel Roberts
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net

CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

  By my signature above, I hereby certify that on the 22nd day of July, 2011, a true and correct copy of the foregoing document was served upon the following parties and the parties on the attached service list via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid.

| | |
|---|---|
| J. Mark Brewer | Donald R. Taylor |
| Sondra Jurica | Isabelle M. Antongiorgi |
| Brewer & Pritchard, P.C. | Taylor Dunham and Burgess LLP |
| 3 Riverview, Suite 1800 | 301 Congress Avenue, Suite 1050 |
| Houston, Texas 77056 | Austin, Texas 78701 |
| ATTORNEYS FOR MARY GUERRERO MCDONALD | ATTORNEYS FOR H.M. PIKE, JR. AND JIMMY NASSOUR |
| | |
| Jimmy Nassour | Anthony P. Jach |
| 3839 Bee Cave Road, Suite 200 | Griffith Nixon Davison, P.C. |
| Austin, Texas 78746 | Two Lincoln Centre |
| | 5420 LBJ Freeway, Suite 900 |
| | Dallas, Texas 75240 |
| | ATTORNEYS FOR PRECEPT COMMERCIAL, L.L.C. |
| | |
| United States Trustee | |
| 903 San Jacinto, Suite 230 | |
| Austin, Texas 78701 | |

| | | |
|---|---|---|
| AFCO<br>12160 Abrams Rd<br>Dallas, TX 75243-4547 | Armbrust Brown<br>100 Congress<br>Suite 1300<br>Austin, TX 78701-2744 | Asbestos Consulting<br>4411 Spicewood Springs Road<br>Austin, TX 78759-8681 |
| Austech Roof Consultants, Inc<br>2312 Wester Trails Blvd<br>Suite 403<br>Austin, TX 78745-1642 | Bank Direct<br>2 Conway Park<br>150 Norhfield Drive<br>Suite 190<br>Lake Forrest, IL 60045 | Bury Partners<br>221 West 6th<br>Suite 600<br>Austin, TX 78701-3411 |
| C&CTX Concrete Pumping, Inc.<br>P.O. Box 2071<br>Kyle, TX 78640-1804 | c/o Kathleen M. Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX 75201-3302 | Cananwill, Inc.<br>5447 East 5th Street<br>#110<br>Tuscon, AZ 85711-2344 |
| Capform, Inc.<br>1455 Halsey Way<br>Carrollton, TX 75007-4410 | Centex Materials<br>817 East St. Elmo Rd.<br>Austin, TX 78745-1229 | Centex Materials, LLC<br>3019 Alvin DeVane Blvd, Bldg 1, Ste 100<br>Austin TX 78741-7422 |
| Centex Sash and Door<br>2022 Centimeter Circle<br>Austin, TX 78758-4956 | Central Texas Refuse<br>9316 FM 812<br>Austin, TX 78719-3010 | Central Texas Reinforcement, Inc.<br>P.O. Box 150277<br>Austin, TX 78715-0277 |
| CIT Technology Financing Svcs<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | City of Austin Street Closure<br>P.O. Box 1088<br>Austin, TX 78767-1088 | City of Austin Utilities<br>P.O. Box 2267<br>Austin, TX 78783-0001 |
| CMC Capital City Steel<br>800 N. IH 35<br>Austin, TX 78701 | Comfort Systems USA<br>9601 Dessau Rd.<br>Bldg. 3, Suite 303<br>Austin, TX 78754-3961 | Commerce Street.com<br>2105 E. Division St.<br>Arlington, TX 76011-7817 |
| CTA Architects<br>3601 S. Congress Avenue<br>Building B, Suite 200<br>Austin, TX 78704-7250 | Datum Engineers<br>5929 Balcones Dr.<br>Suite 100<br>Austin, TX 78731-4280 | Documation<br>1556 International Dr.<br>Eau Claire, WI 54701-7058 |
| Eric J. Taube<br>Hohmann Taube & Summers, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Fondren Family<br>c/o Boone Almanza<br>Almanza, Blackburn & Dickie LLP<br>2301 S. Capitla of Texas Hwy., Bldg. H<br>Austin, TX 78746-7700 | Gene Fondren<br>c/o Molly Mitchell<br>Almanza Blackburn & Dickie<br>2301 S. Cap of TX Hwy, Bldg. H<br>Austin, TX 78746-7700 |
| Guerrero-McDonald & Associates, Inc<br>P.O. Box 160518<br>Austin, TX 78716-0518 | Harrison Pearson<br>4014 Medical Parkway<br>Suite 100<br>Austin, TX 78756-3703 | Holt Engineering<br>2220 Barton Skyway<br>Austin, TX 78704-4702 |

| | | |
|---|---|---|
| Icon Plumbing, Heating, and Air, Ltd.<br>4903 Commercail Park Drive<br>Austin, TX 78724-2638 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jimmy Nassour/Jim Mattox<br>3839 Bee Cave Road<br>Suite 200<br>Austin, TX 78746-6400 |
| KDR Electric Services, Inc<br>P.O.Box 82221<br>Austin, TX 78708-2221 | LaVista Partners, L.P.<br>2703 Swisher<br>Office Suite<br>Austin, TX 78705-3439 | LAZ Parking, Texas LLC<br>101 West 6th<br>Suite 515<br>Austin, TX 78701-2934 |
| Lewis Equipment Company, Inc.<br>c/o Davor Rukavina/Kate Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 N. Akard St.<br>Dallas, TX 75201-6659 | Lewis Equipment Company, Inc.<br>c/o Scott M. Seidel, Trustee<br>No. 357 - Suite 306<br>6505 West Park Blvd.<br>Plano, TX 75093-6208 | Lewis Equipment Company, L.P.<br>1400 West Shady Grove<br>Grand Prairie, TX 75050-7117 |
| Liquid Waste Solutions<br>11512 Via Grande Dr.<br>Austin, TX 78739-1922 | Mark Curtis Taylor<br>Hohmann, Taube & Summers, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Mary Guerrero-McDonald<br>PO Box 160518<br>Austin, TX 78716-0518 |
| Mechanical Technical Services, Inc. (MTECH)<br>c/o Calley D. Callahan<br>7600 N. Capital of Texas Hwy<br>Suite B-110<br>Austin, Texas 78731-1136 | Milestone Metals<br>113 West Lorino<br>Houston, TX 77037-1515 | Modspace<br>16200 Central Commerce Dr.<br>Pflugerville, TX 78660-2032 |
| Morales and Associates, Inc.<br>2705 Bee Cave Road<br>#230<br>Austin, TX 78746-5684 | Movecorp<br>9230 Neils Thompson Drive #102<br>Austin, TX 78758-7523 | N-Line Traffic Maintencance, LLC<br>PO Box 4750<br>Bryan, TX 77805-4750 |
| National Construction Rentals<br>116 Nell Deane<br>Schertz, TX 78154-1500 | Nelda Wells Spears, Tax Collector<br>P.O. Box 149328<br>Austin, TX 78714-9328 | Nline<br>9519 U.S. Hwy 290 East<br>Austin, TX 78724-2315 |
| Pat Laffey, CPA<br>603 Davis<br>#1503<br>Austin, TX 78701-4207 | Patriot Erectors, Inc.<br>c/o The Gardner Law Firm<br>Thomas J. Walthall<br>745 East Mulberry Avenue, Suite 500<br>San Antonio, Texas 78212-3154 | Patriot Erectors, Inc.<br>c/o Thomas J. Walthall, Jr.<br>The Gardner Law Firm P.C.<br>745 E. Mulberry, Suite 500<br>San Antonio, Texas 78212-3154 |
| Precept Builders, Inc.<br>1909 Woodall Rogers Freeway<br>Suite 300<br>Dallas, TX 75201-2255 | Precept Builders, Inc.<br>c/o Anthony P. Jach<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre, 5420 LBJ Frwy.,<br>Suite 900, Dallas, Texas 75240 | Precept Commercial, LLC<br>1909 Woodall Rogers Freeway<br>Suite 300<br>Dallas, TX 75201-2255 |
| Precept Commercial, LLC<br>c/o Anthony P. Jach<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre, 5420 LBJ Frwy,<br>Suite 900, Dallas, Texas 75240 | Recon Services<br>P.O. Box 869<br>Dripping Springs, TX 78620-0869 | Rock Island Rigging, Inc.<br>c/o Davor Rukavina/Kate Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 N. Akard St.<br>Dallas, TX 75201-6659 |

| | | |
|---|---|---|
| Rock Island Rigging, Inc.<br>c/o Scott M. Seidel, Chapter 7 Trustee<br>No. 357 - Suite 306<br>6505 West Park Blvd.<br>Plano, TX 75093-6208 | Rock Island Rigging, LLC<br>1400 West Shady Grove<br>Grand Prairie, TX 75050-7117 | Service Life & Casualty Company<br>c/o Molly Mitchell<br>Almanza, Blackburn & Dickie, LLP<br>2301 S. Capital of Texas Hwy., Bldg. H<br>Austin, Texas 78746-7700 |
| Service Life & Casualty Ins. Co.<br>c/o Hightower & Assoc.<br>3006 Bee Cave Rd<br>Pallisades Suite D-200<br>Austin, TX 78746-5588 | Service Life & Casualty Insurance Company<br>c/o Marvin E. Sprouse III<br>Jackson Walker LLP<br>100 Congress Avenue, Suite 1100<br>Austin, Texas 78701-4042 | Sneed Vine & Perry<br>901 Congress Avenue<br>Austin, TX 78701-2421 |
| Stuart Allan & Associates<br>5447 East 5th Street, Suite 110<br>Tucson, AZ 85711-2345 | The Sutton Company<br>2703 Swisher<br>Office Suite<br>Austin, TX 78705-3439 | Time Warner Cable<br>P.O.Box 66097<br>Dallas, TX 75266 |
| Tippen Fabrication and Erection, Inc<br>100 East Lawrence Street<br>Boyd, TX 76023-3034 | Travis County<br>c/o Karon Y. Wright<br>P.O. Box 1748<br>Austin, Texas 78767-1748 | Waterfilled Barriers, Inc.<br>P.O.Box 13<br>Paige, TX 78659-0013 |
| William Gammon Insurance<br>1615 Guadalupe Street<br>Austin, TX 78701-1299 | | |