Expedited hearing shall be held on 8/5/2011 at 10:00 AM in Austin Courtroom 2. Movant is responsible for notice.



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 22, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-11842-HCM |
| LAVISTA PARTNERS, L.P. | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**ORDER APPROVING MOTION FOR EXPEDITED CONSIDERAITON OF TRUSTEE'S APPLICATION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND OTHER INTERESTS**

On this date came on to be heard Motion for Expedited Consideration of Trustee's Application to Sell Property Free and Clear of Liens and Other Interests. It appearing to the Court that good cause exists for hearing such matter on an expedited basis, it is therefore hereby

ORDERED that the hearing on the Trustee's Application to Sell Property Free and Clear of Liens and Other Interests be and the same is hereby set for the date and time listed above, at the Bankruptcy Courtroom, 3rd Floor, Homer Thornberry Federal Judicial Building, 903 San Jacinto, Austin, Texas 78701. It is further

ORDERED that Trustee shall serve notice of this hearing on all creditors and parties in interest within one business day after the entry of this order.

###

ORDER PREPARED BY:

C. Daniel Roberts
C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net