IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-11842-HCM |
| LAVISTA PARTNERS, L.P. | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**APPLICATION OF TRUSTEE TO EMPLOY C. DANIEL ROBERTS & ASSOCIATES, P.C., AS GENERAL COUNSEL *NUNC PRO TUNC* TO MAY 24, 2011**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR THE HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

COMES NOW, C. Daniel Roberts, Trustee ("Trustee"), the duly qualified and acting chapter 7 trustee in the above captioned and numbered bankruptcy case ("Bankruptcy Case"), to file this Application of Trustee to Employ C. Daniel Roberts & Associates, P.C., as General Counsel *Nunc Pro Tunc* to May 24, 2011 ("Application"), and would respectfully show the Court as follows:

1. LaVista Partners, L.P. ("Debtor") filed a chapter 11 case on July 2, 2010. The Bankruptcy Case was converted to a chapter 7 case on April 4, 2011, at which time the undersigned was appointed as the chapter 7 trustee.

2. Trustee has determined that the services of an attorney will be required with regard to various legal matters, including but not limited to pending litigation in bankruptcy court and state court, as well as the sale of bankruptcy estate assets by Trustee.

3. Trustee would further show that C. Daniel Roberts of the law firm of C. Daniel Roberts & Associates, P.C. ("Attorney"), with offices at 1602 East Cesar Chavez, Austin, Texas,

78702, telephone (512) 494-8448, fax (512) 494-8712, email droberts@cdrlaw.net are qualified to act as general counsel for the estate.

4. Trustee would further show that Attorney neither represents nor holds any interest adverse to the estate in the matters in which it is to be engaged as general counsel.

5. No other professionals in the same profession have been previously employed pursuant to court order in this Bankruptcy Case.

6. Trustee believes that Attorney should be employed and compensated at the rate of $375.00 per hour, all associate time at the rate of $225.00 and all paralegal time at the rate of $90.00 per hour, plus costs and expenses incurred. All charges for fees and expenses are subject to review by the Court, and it is specifically provided that payment of any compensation and expenses shall only be by and upon order of this Court.

7. Pursuant to the Bankruptcy Local Rules, applications to employ are automatically *nunc pro tunc* for 30 days, which would make the effective date of employment June 22, 2011. Trustee has requested that the order granting the Application be effective as of May 24, 2011, which is the date Attorney was engaged by Trustee. On or about that date, Trustee became aware that there were pending deadlines relating to Adversary No. 10-1162, in which the Debtor had asserted causes of action as Intervenor. Attorney immediately began representing Trustee but an application to employ counsel was not filed at the time because Attorney's attention was directed at the pending issues which had immediate deadlines, and not because of any conscious disregard for the Bankruptcy Code and Rules.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that he be granted authorization to employ C. DANIEL ROBERTS & ASSOCIATES, P.C., as counsel for the estate, *nunc pro tunc*

to May 24, 2011, and for any such further relief, both general and special, legal and equitable, to which Trustee may show himself justly entitled.

                                                        Respectfully submitted,

                                                   */s/ C. Daniel Roberts*
                                                   C. Daniel Roberts
                                                   1602 East Cesar Chavez
                                                   Austin, Texas 78702
                                                   Telephone: (512) 494-8448
                                                   Facsimile: (512) 494-8712
                                                   Email: droberts@cdrlaw.net

                                                   CHAPTER 7 TRUSTEE

## AFFIDAVIT OF C. DANIEL ROBERTS

STATE OF TEXAS § §
COUNTY OF TRAVIS §

I, C. Daniel Roberts, do state under penalty of perjury that I am President of C. DANIEL ROBERTS & ASSOCIATES, P.C. ("Firm") and that the Firm:

(A) neither represents, nor holds an interest adverse to the debtor or to the estate in the matters upon which the Firm is to be engaged as an attorney; nor does the Firm have any connection with the United States Trustee for the Western District of Texas or his employees;

(B) is not a creditor, an equity security holder, or an insider;

(C) is not and was not an investment banker for any outstanding security of the debtor;

(D) has not been within three years before the date of filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor;

(E) has not and was not, within two years before the date of the filing of the petition a director, officer or employee of the debtor or of an investment banker specified in subparagraph (C) or (D) of this paragraph; and

(F) does not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker specified in subparagraph (C) or (D) of this paragraph, or for any other reason.

_____
C. Daniel Roberts

SWORN TO AND SUBSCRIBED before me by the said C. Daniel Roberts, to certify which witness my hand and seal of office on this the 22nd day of July, 2011.



REGINA SALDANA
MY COMMISSION EXPIRES
May 10, 2015

_____
Notary Public in and for
The State of Texas

Application of Trustee to Employ Counsel

Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 10-11842-HCM |
| LAVISTA PARTNERS, L.P. | § § | CHAPTER 7 |
| DEBTOR. | § | |

### DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329
### AND BANKRUPTCY RULE 2016(b)

I certify that I am the attorney for the chapter 7 trustee in the above-named case and that the compensation paid or agreed to be paid to me for services rendered, or to be rendered, on behalf of the trustee in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

No retainer, compensation or other payment has been received by me thus far in connection with my employment by the trustee in this case.

All fees and expenses to be paid to me are subject to prior approval by the Court after notice as required by law. My firm's present hourly rates are as follows:

| | |
|---|---|
| C. Daniel Roberts | $375.00 |
| Associate | $225.00 |
| Paralegal | $90.00 |

I have not agreed to share this compensation with any other person or firm.

Dated: July 22, 2011

_____
C. Daniel Roberts

Application of Trustee to Employ Counsel

Page 5

## **CERTIFICATE OF SERVICE**

By my signature above, I hereby certify that on the 22nd day of July, 2011, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid, and that the Notice of Employment of General Counsel, attached hereto as Exhibit "A," was sent in the same manner and on the same day to all creditors and parties-in-interest listed on the attached Creditor Matrix.

| | |
|---|---|
| LaVista Partners, L.P. | Eric J. Taube |
| 2703 Swisher, Office Suite | Mark Curtis Taylor |
| Austin, Texas 78705 | Hohmann, Taube & Summers, LLP |
| DEBTOR | 100 Congress Avenue, Suite 1800 |
| | Austin, Texas 78701 |
| | ATTORNEYS FOR DEBTOR |

United States Trustee
903 San Jacinto Blvd, Room 230
Austin, Texas 78701

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-11842-HCM |
| LAVISTA PARTNERS, L.P. | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**NOTICE OF APPLICATION TO EMPLOY C. DANIEL ROBERTS & ASSOCIATES, P.C.**
**AS GENERAL COUNSEL NUNC PRO TUNC TO MAY 24, 2011**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

Notice is hereby given that Trustee has filed an application to employ a professional in this case. If you wish to object to the employment of the professional, you must file an objection with the clerk of the court. If you do not object to employment of the professional, it is not necessary to take any action.

**Name of client:** C. Daniel Roberts, Trustee

**Identity of professional:** C. Daniel Roberts
C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net

**Nature of profession:** Attorney

**Conflicts:** None

**Retainer:** None

**Proposed compensation:**
| | |
|---|---|
| C. Daniel Roberts | $375.00 per hour |
| Associate | $225.00 per hour |
| Paralegal | $ 90.00 per hour |

**List of other professionals in case:** None at this time.

**Dated:** July 22, 2011

_/s/ C. Daniel Roberts_
C. Daniel Roberts, Trustee

**Address for Filing Objections:**
U.S. Bankruptcy Clerk
903 San Jacinto, Suite 322
Austin, Texas 78701

**Copy of Objection to:**
C. Daniel Roberts & Associates, P.C.
1602 East Cesar Chavez
Austin, Texas 78702

**EXHIBIT A**

| | | |
|---|---|---|
| AFCO<br>12160 Abrams Rd<br>Dallas, TX 75243-4547 | Armbrust Brown<br>100 Congress<br>Suite 1300<br>Austin, TX 78701-2744 | Asbestos Consulting<br>4411 Spicewood Springs Road<br>Austin, TX 78759-8681 |
| Austech Roof Consultants, Inc<br>2312 Wester Trails Blvd<br>Suite 403<br>Austin, TX 78745-1642 | Bank Direct<br>2 Conway Park<br>150 Norhfield Drive<br>Suite 190<br>Lake Forrest, IL 60045 | Bury Partners<br>221 West 6th<br>Suite 600<br>Austin, TX 78701-3411 |
| C&CTX Concrete Pumping, Inc.<br>P.O. Box 2071<br>Kyle, TX 78640-1804 | c/o Kathleen M. Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 N. Akard St.<br>Dallas, TX 75201-3302 | Cananwill, Inc.<br>5447 East 5th Street<br>#110<br>Tuscon, AZ 85711-2344 |
| Capform, Inc.<br>1455 Halsey Way<br>Carrollton, TX 75007-4410 | Centex Materials<br>817 East St. Elmo Rd.<br>Austin, TX 78745-1229 | Centex Materials, LLC<br>3019 Alvin DeVane Blvd, Bldg 1, Ste 100<br>Austin TX 78741-7422 |
| Centex Sash and Door<br>2022 Centimeter Circle<br>Austin, TX 78758-4956 | Central Texas Refuse<br>9316 FM 812<br>Austin, TX 78719-3010 | Central Texas Reinforcement, Inc.<br>P.O. Box 150277<br>Austin, TX 78715-0277 |
| CIT Technology Financing Svcs<br>c/o McCarthy, Burgess & Wolff<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | City of Austin Street Closure<br>P.O. Box 1088<br>Austin, TX 78767-1088 | City of Austin Utilities<br>P.O. Box 2267<br>Austin, TX 78783-0001 |
| CMC Capital City Steel<br>800 N. IH 35<br>Austin, TX 78701 | Comfort Systems USA<br>9601 Dessau Rd.<br>Bldg. 3, Suite 303<br>Austin, TX 78754-3961 | Commerce Street.com<br>2105 E. Division St.<br>Arlington, TX 76011-7817 |
| CTA Architects<br>3601 S. Congress Avenue<br>Building B, Suite 200<br>Austin, TX 78704-7250 | Datum Engineers<br>5929 Balcones Dr.<br>Suite 100<br>Austin, TX 78731-4280 | Documation<br>1556 International Dr.<br>Eau Claire, WI 54701-7058 |
| Eric J. Taube<br>Hohmann Taube & Summers, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Fondren Family<br>c/o Boone Almanza<br>Almanza, Blackburn & Dickie LLP<br>2301 S. Capitla of Texas Hwy., Bldg. H<br>Austin, TX 78746-7700 | Gene Fondren<br>c/o Molly Mitchell<br>Almanza Blackburn & Dickie<br>2301 S. Cap of TX Hwy, Bldg. H<br>Austin, TX 78746-7700 |
| Guerrero-McDonald & Associates, Inc<br>P.O. Box 160518<br>Austin, TX 78716-0518 | Harrison Pearson<br>4014 Medical Parkway<br>Suite 100<br>Austin, TX 78756-3703 | Holt Engineering<br>2220 Barton Skyway<br>Austin, TX 78704-4702 |

| | | |
|---|---|---|
| Icon Plumbing, Heating, and Air, Ltd.<br>4903 Commercail Park Drive<br>Austin, TX 78724-2638 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jimmy Nassour/Jim Mattox<br>3839 Bee Cave Road<br>Suite 200<br>Austin, TX 78746-6400 |
| KDR Electric Services, Inc<br>P.O.Box 82221<br>Austin, TX 78708-2221 | LaVista Partners, L.P.<br>2703 Swisher<br>Office Suite<br>Austin, TX 78705-3439 | LAZ Parking, Texas LLC<br>101 West 6th<br>Suite 515<br>Austin, TX 78701-2934 |
| Lewis Equipment Company, Inc.<br>c/o Davor Rukavina/Kate Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 N. Akard St.<br>Dallas, TX 75201-6659 | Lewis Equipment Company, Inc.<br>c/o Scott M. Seidel, Trustee<br>No. 357 - Suite 306<br>6505 West Park Blvd.<br>Plano, TX 75093-6208 | Lewis Equipment Company, L.P.<br>1400 West Shady Grove<br>Grand Prairie, TX 75050-7117 |
| Liquid Waste Solutions<br>11512 Via Grande Dr.<br>Austin, TX 78739-1922 | Mark Curtis Taylor<br>Hohmann, Taube & Summers, LLP<br>100 Congress Ave, Suite 1800<br>Austin, TX 78701-4042 | Mary Guerrero-McDonald<br>PO Box 160518<br>Austin, TX 78716-0518 |
| Mechanical Technical Services, Inc. (MTECH)<br>c/o Calley D. Callahan<br>7600 N. Capital of Texas Hwy<br>Suite B-110<br>Austin, Texas 78731-1136 | Milestone Metals<br>113 West Lorino<br>Houston, TX 77037-1515 | Modspace<br>16200 Central Commerce Dr.<br>Pflugerville, TX 78660-2032 |
| Morales and Associates, Inc.<br>2705 Bee Cave Road<br>#230<br>Austin, TX 78746-5684 | Movecorp<br>9230 Neils Thompson Drive #102<br>Austin, TX 78758-7523 | N-Line Traffic Maintencance, LLC<br>PO Box 4750<br>Bryan, TX 77805-4750 |
| National Construction Rentals<br>116 Nell Deane<br>Schertz, TX 78154-1500 | Nelda Wells Spears, Tax Collector<br>P.O. Box 149328<br>Austin, TX 78714-9328 | Nline<br>9519 U.S. Hwy 290 East<br>Austin, TX 78724-2315 |
| Pat Laffey, CPA<br>603 Davis<br>#1503<br>Austin, TX 78701-4207 | Patriot Erectors, Inc.<br>c/o The Gardner Law Firm<br>Thomas J. Walthall<br>745 East Mulberry Avenue, Suite 500<br>San Antonio, Texas 78212-3154 | Patriot Erectors, Inc.<br>c/o Thomas J. Walthall, Jr.<br>The Gardner Law Firm P.C.<br>745 E. Mulberry, Suite 500<br>San Antonio, Texas 78212-3154 |
| Precept Builders, Inc.<br>1909 Woodall Rogers Freeway<br>Suite 300<br>Dallas, TX 75201-2255 | Precept Builders, Inc.<br>c/o Anthony P. Jach<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre, 5420 LBJ Frwy.,<br>Suite 900, Dallas, Texas 75240 | Precept Commercial, LLC<br>1909 Woodall Rogers Freeway<br>Suite 300<br>Dallas, TX 75201-2255 |
| Precept Commercial, LLC<br>c/o Anthony P. Jach<br>Griffith Nixon Davison, P.C.<br>Two Lincoln Centre, 5420 LBJ Frwy,<br>Suite 900, Dallas, Texas 75240 | Recon Services<br>P.O. Box 869<br>Dripping Springs, TX 78620-0869 | Rock Island Rigging, Inc.<br>c/o Davor Rukavina/Kate Patrick<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza, 500 N. Akard St.<br>Dallas, TX 75201-6659 |

Rock Island Rigging, Inc.
c/o Scott M. Seidel, Chapter 7 Trustee
No. 357 - Suite 306
6505 West Park Blvd.
Plano, TX 75093-6208

Rock Island Rigging, LLC
1400 West Shady Grove
Grand Prairie, TX 75050-7117

Service Life & Casualty Company
c/o Molly Mitchell
Almanza, Blackburn & Dickie, LLP
2301 S. Capital of Texas Hwy., Bldg. H
Austin, Texas 78746-7700

Service Life & Casualty Ins. Co.
c/o Hightower & Assoc.
3006 Bee Cave Rd
Pallisades Suite D-200
Austin, TX 78746-5588

Service Life & Casualty Insurance Company
c/o Marvin E. Sprouse III
Jackson Walker LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701-4042

Sneed Vine & Perry
901 Congress Avenue
Austin, TX 78701-2421

Stuart Allan & Associates
5447 East 5th Street, Suite 110
Tucson, AZ 85711-2345

The Sutton Company
2703 Swisher
Office Suite
Austin, TX 78705-3439

Time Warner Cable
P.O. Box 66097
Dallas, TX 75266

Tippen Fabrication and Erection, Inc
100 East Lawrence Street
Boyd, TX 76023-3034

Travis County
c/o Karon Y. Wright
P.O. Box 1748
Austin, Texas 78767-1748

Waterfilled Barriers, Inc.
P.O. Box 13
Paige, TX 78659-0013

William Gammon Insurance
1615 Guadalupe Street
Austin, TX 78701-1299